HELEN R. FRAZER, TRUSTEE
12800 Center Court Dr., Suite 300
Cerritos, CA  90703
Telephone:  (562) 653-3200
Facsimile:   (562) 653-3772

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| In Re: | Case No.: 6:10-14994-TD |
|---|---|
| MAGBUAL, HERBERT N | Chapter: 7 |
| | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
| Debtor(s) | |

COUNSEL: George Holland Jr
TO THE ABOVE NAMED DEBTOR(S):

    You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **May 18, 2010** at **2:00 p.m.** at Riverside U.S. Bankruptcy Court, 3420 Twelfth Street, Room 100 B, Riverside, CA  92501, for the reason set forth below:

    You failed to appear at the 341(a) meeting previously scheduled in your matter.  You are further notified that in the event you do not appear at said time and place, your case may be dismissed by the United States Bankruptcy Court.

Dated:  April 13, 2010

/s/ Helen R. Frazer
HELEN R. FRAZER
Chapter 7 Trustee

    I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on April 13, 2010.

/s/ Mary Buenaventura
Mary Buenaventura